# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PAUL J KNIES | § | Case No. 15-25778 |
| DONNA KNIES | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/29/2015 . The undersigned trustee was appointed on 07/29/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 325,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 114,798.47 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 195,201.53 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 07/25/2017 and the deadline for filing governmental claims was 01/25/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 16,453.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 16,453.05 , for a total compensation of $ 16,453.05 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/09/2018          By: /s/ N. Neville Reid, Trustee
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-25778 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PAUL J KNIES | | | | Date Filed (f) or Converted (c): | 07/29/2015 (f) |
| | DONNA KNIES | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 05/09/2018 | | | | Claims Bar Date: | 07/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9028 STRATFORD LANE, PALOS HILLS, IL 60465 (PROPERTY TITLE H | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT CHASE BANK | 1,149.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT CHASE | 140.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT AT TCF BANK | 700.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT AT PNC BANK | 120.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT AT PNC | 7,616.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING ACCOUNT AT TCF BANK | 200.00 | 0.00 | | 0.00 | FA |
| 9. MISC. FURNITURE AND HOUSEHOLD GOODS | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. MISC. SPORTS EQUIPMENT AND MEMORABILIA RELATED TO WHITE SOX | 100.00 | 0.00 | | 0.00 | FA |
| 11. PERSONAL CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| 12. MISC. JEWELRY | 800.00 | 0.00 | | 0.00 | FA |
| 13. IIRA AT LASALLE SECURITIES | 100,362.00 | 0.00 | | 0.00 | FA |
| 14. IRA AT LASALLE SECURITIES | 34,000.00 | 0.00 | | 0.00 | FA |
| 15. KWICKMEN, INC. (100% OWNER) (EQUIPMENT LEASING COMPANY) (COM | 0.00 | 0.00 | | 0.00 | FA |
| 16. KWIKMEN TRUCKING, INC. (100% OWNER) (TRUCKING CO.) (COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 17. PJK INVESTMENTS, LLC (100% OWNER) (OWNED REAL ESTATE LOST IN | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2012 FORD EDGE (50K MI.) | 13,000.00 | 0.00 | | 0.00 | FA |
| 19. 2013 HYUNDAI SONATA (21K MI.) (LEASED) | 8,847.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-25778 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | PAUL J KNIES | | | | Date Filed (f) or Converted (c): | 07/29/2015 (f) |
| | DONNA KNIES | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 05/09/2018 | | | | Claims Bar Date: | 07/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. KNIES V. EAGLE EXPRESS ET AL.  DEBTOR HUSBAND BELIEVES HE HA<br><br>Value estimate is for compliance purposes only and does not reflect expected value of lawsuit since investigation by counsel is continuing. | Unknown | 20,000.00 | | 325,000.00 | FA |
| 21. POTENTIAL BACK PAY FROM TEMPORARY DISABILITY | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $461,334.00     $20,000.00     $325,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2018: TFR has been submitted to the UST and we are awaiting a response. Also waiting on certain pre-TFR checks to clear.

Case Status April 2017: Retained special counsel to pursue personal injury claim. Discovery is pending and PI counsel estimates discovery/trial completed, or settlement, within the next 6-12 months.

Case Status April 2016: Pursuing personal injury claim through special counsel.  Investigating potential value of equity interest in companies.

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 05/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-25778 | Trustee Name: | N. Neville Reid, Trustee | |
| Case Name: | PAUL J KNIES | Bank Name: | Associated Bank | |
| | DONNA KNIES | Account Number/CD#: | XXXXXX0901 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4554 | Blanket Bond (per case limit): | $54,646,000.00 | |
| For Period Ending: | 05/09/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | 20 | The Hartford<br>Western General Liability Center<br>P.O. Box 14265<br>Lexington, KY 40512-4265 | Settlement from debtor's personal injury case per order [Dkt. 30] dated 01/30/18 Check was sent by Adam Riback of Levin, Riback, Adelman & Flangel | 1142-000 | $325,000.00 | | $325,000.00 |
| 03/13/18 | 101 | Paul J. Knies<br>Levin, Riback, Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601<br>c/o Adam Riback | Exemption Proceeds of $15,000.00 | 8100-002 | | $15,000.00 | $310,000.00 |
| 03/29/18 | 102 | Levin, Riback, Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3210-000 | | $65,000.00 | $245,000.00 |
| 03/29/18 | 103 | Levin Riback Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3220-000 | | $3,879.08 | $241,120.92 |
| 03/29/18 | 104 | Beermann Pritikin Mirabelli Swerdlove LLP<br>161 N. Clark St.<br>#2600<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3210-000 | | $43,333.33 | $197,787.59 |
| 03/29/18 | 105 | Beermann Pritikin Mirabelli Swerdlove LLP<br>161 N. Clark. St.<br>#2600<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3220-000 | | $2,586.06 | $195,201.53 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $325,000.00 | $129,798.47 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $325,000.00 | $129,798.47 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $325,000.00 | $114,798.47 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*            Page Subtotals:            $325,000.00      $129,798.47

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0901 - Checking | $325,000.00 | $114,798.47 | $195,201.53 |
|  | $325,000.00 | $114,798.47 | $195,201.53 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $325,000.00 |
| Total Gross Receipts: | $325,000.00 |

## Exhibit C - Analysis of Claims Register

### Case: 15-25778-DLT PAUL J KNIES

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Ch. 7 Admin Claims** | | | | | | | | |
| | | 100 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606<br><2100-00 Trustee Compensation> | 16,453.05 | 16,453.05 | 0.00 | 16,453.05 | 16,453.05 |
| Admin 1 | | 100 | Beermann Pritikin Mirabelli Swerdlove LLP<br>161 N. Clark St.<br>#2600<br>Chicago, IL 60601<br><3210-00 Attorney for Trustee Fees (Other Firm)> | 43,333.33 | 43,333.33 | 43,333.33 | 0.00 | 0.00 |
| Admin 1 | | 100 | Levin, Riback, Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601<br><3210-00 Attorney for Trustee Fees (Other Firm)> | 65,000.00 | 65,000.00 | 65,000.00 | 0.00 | 0.00 |
| Admin 1 | | 100 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | 11,431.00 | 11,431.00 | 0.00 | 11,431.00 | 11,431.00 |
| Admin 2 | | 100 | Levin Riback Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601<br><3220-00 Attorney for Trustee Expenses (Other Firm)> | 3,879.08 | 3,879.08 | 3,879.08 | 0.00 | 0.00 |
| Admin 2 | | 100 | Beermann Pritikin Mirabelli Swerdlove LLP<br>161 N. Clark. St.<br>#2600<br>Chicago, IL 60601<br><3220-00 Attorney for Trustee Expenses (Other Firm)> | 2,586.06 | 2,586.06 | 2,586.06 | 0.00 | 0.00 |
| | Total for Priority 100 100.00 % Paid | | | 142,682.52 | 142,682.52 | 114,798.47 | 27,884.05 | 27,884.05 |
| | Total for Ch. 7 Admin Claims: | | | 142,682.52 | 142,682.52 | 114,798.47 | 27,884.05 | 27,884.05 |
| **Priority Claims** | | | | | | | | |
| 2A | 05/05/17 | 230 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453<br><5300-00 Wages - 507(a)(4)> | 12,850.00 | 12,850.00 | 0.00 | 12,850.00 | 12,850.00 |
| | Total for Priority 230 100.92 % Paid | | | 12,850.00 | 12,850.00 | 0.00 | 12,850.00 | 12,850.00 |
| 2B | 05/05/17 | 240 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453<br><5400-00 Contributions to Employee Benefit Plans - 507(a)(5)> | 4,573.44 | 4,573.44 | 0.00 | 4,573.44 | 4,573.44 |

## Exhibit C - Analysis of Claims Register

### Case: 15-25778-DLT PAUL J KNIES

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | **Total for Priority 240   100.92 % Paid** | 4,573.44 | 4,573.44 | 0.00 | 4,573.44 | 4,573.44 |
| | | | **Total for Priority Claims:** | 17,423.44 | 17,423.44 | 0.00 | 17,423.44 | 17,423.44 |

### Unsecured Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 04/27/17 | 300 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00 General Unsecured 726(a)(2)> | 269.07 | 269.07 | 0.00 | 269.07 | 269.07 |
| 3 | 07/03/17 | 300 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br><7100-00 General Unsecured 726(a)(2)> | 296.28 | 296.28 | 0.00 | 296.28 | 296.28 |
| 4 | 07/11/17 | 300 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br><7100-00 General Unsecured 726(a)(2)> | 25,488.68 | 25,488.68 | 0.00 | 25,488.68 | 25,488.68 |
| 5 | 07/13/17 | 300 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083<br><7100-00 General Unsecured 726(a)(2)> | 6,796.14 | 6,796.14 | 0.00 | 6,796.14 | 6,796.14 |
| | | | **Total for Priority 300   100.92 % Paid** | 32,850.17 | 32,850.17 | 0.00 | 32,850.17 | 32,850.17 |
| | | | **Total for Unsecured Claims:** | 32,850.17 | 32,850.17 | 0.00 | 32,850.17 | 32,850.17 |

### Secured Claims

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | 99 | Paul J. Knies<br>Levin, Riback, Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601<br>c/o Adam Riback<br><8100-00 Exemptions> | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| | | | **Total for Priority 99   100.00 % Paid** | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| | | 400 | Great West Casualty Company<br><4220-00 Personal Property & Intangibles-Nonconsensual Liens (judgments, storage liens)> | 70,000.00 | 70,000.00 | 0.00 | 70,000.00 | 70,000.00 |
| | | | **Total for Priority 400   100.92 % Paid** | 70,000.00 | 70,000.00 | 0.00 | 70,000.00 | 70,000.00 |
| | | 999 | PAUL J KNIES and DONNA KNIES<br><8200-00 Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners)> | 45,939.07 | 45,939.07 | 0.00 | 45,939.07 | 45,939.07 |
| | | | **Total for Priority 999   100.00 % Paid** | 45,939.07 | 45,939.07 | 0.00 | 45,939.07 | 45,939.07 |
| | | | **Total for Secured Claims:** | 130,939.07 | 130,939.07 | 15,000.00 | 115,939.07 | 115,939.07 |

## Exhibit C - Analysis of Claims Register

### Case: 15-25778-DLT PAUL J KNIES

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Interest Claims** | | | | | | | | |
| i | | 640 | Great West Casualty Company | 643.00 | 643.00 | 0.00 | 643.00 | 643.00 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 1i | 04/27/17 | 640 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 2.47 | 2.47 | 0.00 | 2.47 | 2.47 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 2Ai | 05/05/17 | 640 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453 | 118.04 | 118.04 | 0.00 | 118.04 | 118.04 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 2Bi | 05/05/17 | 640 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453 | 42.01 | 42.01 | 0.00 | 42.01 | 42.01 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 3i | 07/03/17 | 640 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 2.72 | 2.72 | 0.00 | 2.72 | 2.72 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 4i | 07/11/17 | 640 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 234.13 | 234.13 | 0.00 | 234.13 | 234.13 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| 5i | 07/13/17 | 640 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 62.43 | 62.43 | 0.00 | 62.43 | 62.43 |
| | | | <7990-00 Surplus Case interest on General Unsecured 726(a)(2)> | | | | | |
| | | | Total for Priority 640    100.00 % Paid | 1,104.80 | 1,104.80 | 0.00 | 1,104.80 | 1,104.80 |
| | | | Total for Interest Claims: | 1,104.80 | 1,104.80 | 0.00 | 1,104.80 | 1,104.80 |
| | | | **Total for Case:** | 323,895.20 | 323,895.20 | 129,798.47 | 194,096.73 | 195,201.53 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-25778  
Case Name: PAUL J KNIES  
            DONNA KNIES  
Trustee Name: N. Neville Reid, Trustee

|  |  |
|---|---|
| Balance on hand | $ 195,201.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Great West Casualty Company | $ 70,000.00 | $ 70,000.00 | $ 0.00 | $ 70,000.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors | $ 70,000.00 |
| Remaining Balance | $ 125,201.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 16,453.05 | $ 0.00 | $ 16,453.05 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 11,431.00 | $ 0.00 | $ 11,431.00 |
| Other: Beermann Pritikin Mirabelli Swerdlove LLP | $ 43,333.33 | $ 43,333.33 | $ 0.00 |
| Other: Beermann Pritikin Mirabelli Swerdlove LLP | $ 2,586.06 | $ 2,586.06 | $ 0.00 |
| Other: Levin Riback Adelman & Flangel, P.C. | $ 3,879.08 | $ 3,879.08 | $ 0.00 |
| Other: Levin, Riback, Adelman & Flangel, P.C. | $ 65,000.00 | $ 65,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    27,884.05

Remaining Balance    $    97,317.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,423.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | ANTHONY HUBA | $ 12,850.00 | $ 0.00 | $ 12,850.00 |
| 2B | ANTHONY HUBA | $ 4,573.44 | $ 0.00 | $ 4,573.44 |

Total to be paid to priority creditors    $    17,423.44

Remaining Balance    $    79,894.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,850.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 269.07 | $ 0.00 | $ 269.07 |
| 3 | CAPITAL ONE, N.A. | $ 296.28 | $ 0.00 | $ 296.28 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | AMERICAN EXPRESS BANK, FSB | $ 25,488.68 | $ 0.00 | $ 25,488.68 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 6,796.14 | $ 0.00 | $ 6,796.14 |
| | Total to be paid to timely general unsecured creditors | | | $ 32,850.17 |
| | Remaining Balance | | | $ 47,043.87 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 1,104.80 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 45,939.07 .