**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-25778 |
| PAUL J. KNIES and | ) | |
| DONNA KNIES, | ) | Hon. Deborah L. Thorne |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **May 14, 2018**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** [Dkt. 37]; **Trustee's Application for Compensation and Expenses** [Dkt. 36]; and the **First and Final Application of Fox Swibel Levin & Carroll LLP, for an Order (i) Allowing an Administrative Claim for Compensation for the Period April 6, 2016 Through April 2, 2018, and (ii) Authorizing Payment of Unpaid Fees** [Dkt. 35], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

1

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

KONSTANTINE T. SPARAGIS, Counsel to the Debtor
gsparagi@yahoo.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

PAUL J KNIES
9028 STRATFORD LANE
PALOS HILLS, IL 60465

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Anthony Huba
10913 Lorel Ave.
Oak Lawn, IL 60453

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083