# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| PAUL J KNIES | § | Case No. 15-25778 |
| DONNA KNIES | § | |
| | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 288,972.00                    Assets Exempt: 202,362.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 121,378.41    Claims Discharged
                                                Without Payment: 720,214.00

Total Expenses of Administration: 142,682.52

---

3) Total gross receipts of $ 325,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 60,939.07 (see **Exhibit 2**), yielded net receipts of $ 264,060.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 257,324.00 | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 142,682.52 | 142,682.52 | 142,682.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 17,423.44 | 17,423.44 | 17,423.44 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 462,890.00 | 32,850.17 | 32,850.17 | 33,954.97 |
| **TOTAL DISBURSEMENTS** | $ 720,214.00 | $ 262,956.13 | $ 262,956.13 | $ 264,060.93 |

    4)  This case was originally filed under chapter 7 on 07/29/2015 . The case was pending for 45 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/15/2019                    By:/s/N. Neville Reid, Trustee_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| KNIES V. EAGLE EXPRESS ET AL.  DEBTOR HUSBAND BELIEVES HE HA | 1142-000 | 325,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 325,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul J. Knies | Exemptions | 8100-002 | 15,000.00 |
| PAUL J KNIES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 45,939.07 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 60,939.07** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 | | 16,789.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hyundai Motor Finance Attention: Bankruptcy Po Box 20809 Fountain Valley, CA 92728 | | 8,847.00 | NA | NA | 0.00 |
| | Standard Bk 2400 W. 95th St Evergreen Park, IL 60642 | | 231,688.00 | NA | NA | 0.00 |
| | Great West Casualty Company | 4220-000 | NA | 70,000.00 | 70,000.00 | 70,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 257,324.00** | **$ 70,000.00** | **$ 70,000.00** | **$ 70,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 16,453.05 | 16,453.05 | 16,453.05 |
| N. NEVILLE REID | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 11,431.00 | 11,431.00 | 11,431.00 |
| Beermann Pritikin Mirabelli Swerdlove LLP | 3210-000 | NA | 43,333.33 | 43,333.33 | 43,333.33 |
| Levin, Riback, Adelman & Flangel, P.C. | 3210-000 | NA | 65,000.00 | 65,000.00 | 65,000.00 |
| Beermann Pritikin Mirabelli Swerdlove LLP | 3220-000 | NA | 2,586.06 | 2,586.06 | 2,586.06 |

Case 15-25778   Doc 41   Filed 05/01/19   Entered 05/01/19 08:53:27   Desc Main
Document      Page 5 of 16

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Levin Riback Adelman & Flangel, P.C. | 3220-000 | NA | 3,879.08 | 3,879.08 | 3,879.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 142,682.52 | $ 142,682.52 | $ 142,682.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | ANTHONY HUBA | 5300-000 | NA | 12,850.00 | 12,850.00 | 12,850.00 |
| 2B | ANTHONY HUBA | 5400-000 | NA | 4,573.44 | 4,573.44 | 4,573.44 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 17,423.44 | $ 17,423.44 | $ 17,423.44 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 25,488.00 | NA | NA | 0.00 |
| | Anthony Huba 10913 Lorel Ave. Oak Lawn, IL 60453 | | 1.00 | NA | NA | 0.00 |
| | Blatt Hasenmiller Liebsker & Moore 125 S. Wacker Dr., Ste. 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 6,489.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 11,749.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 4,037.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 200.00 | NA | NA | 0.00 |
| | Christopher Thompson 7548 W. 62nd Pl., #2 Summit Argo, IL 60501 | | 1.00 | NA | NA | 0.00 |
| | Comenity Bank/vctrssec Po Box 182789 Columbus, OH 43218 | | 42.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury Bureau of the Fiscal Service PO Box 830794 Birmingham, AL 35283 | | 280,324.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 876.00 | NA | NA | 0.00 |
| | Discoverbank Po Box 15316 Wilmington, DE 19850 | | 173.00 | NA | NA | 0.00 |
| | GE Capital Corp. 201 Merritt 7 Norwalk, CT 06851 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Old Navy Attn: Bankruptcy Po Box 130104 Roswell, GA 30076 | | 166.00 | NA | NA | 0.00 |
| | Joel Nathan United States Attorneys Office 219 S. Dearborn St. Chicago, IL 60604 | | 1.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 218.00 | NA | NA | 0.00 |
| | Leroy Chaisson 1241 Peggy Ln. Chicago Heights, IL 60411 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Luke Sirevicius 8602 S. 85th Ct. Hickory Hills, IL 60457 | | 1.00 | NA | NA | 0.00 |
| | Michael Kempen 17501 Woodbrook Ln. Lockport, IL 60441 | | 1.00 | NA | NA | 0.00 |
| | North Community Bank successor to Metro Bank 2335 N Clark St. Chicago, IL 60614 | | 113,933.00 | NA | NA | 0.00 |
| | Sheryl Fyock Latimer, Levay & Fyock, LLC 55 W. Monroe, Ste. 1100 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | SomerCor 504, Inc. 601 S. LaSalle St., Ste. 510 Chicago, IL 60605 | | 0.00 | NA | NA | 0.00 |
| | State of Illinois Dept of Labor 160 N. LaSalle St., Ste. C-1300 Chicago, IL 60601 | | 1.00 | NA | NA | 0.00 |
| | Syncb/samsclub Commerc P.o. Box 965005 Orlando, FL 32896 | | 19,188.00 | NA | NA | 0.00 |
| | US SBA Commercial Loan Servicing Ctr. 801 R Street, Ste. 101 Fresno, CA 93721 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Small Business Admin. 801 Tom Martin Dr., Ste. 120 Birmingham, AL 35211 | | 0.00 | NA | NA | 0.00 |
| | Zwicker & Assoc., P.C. 7366 N. Lincoln Ave., Ste. 102 Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| 4 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 25,488.68 | 25,488.68 | 25,488.68 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 6,796.14 | 6,796.14 | 6,796.14 |
| 3 | CAPITAL ONE, N.A. | 7100-000 | NA | 296.28 | 296.28 | 296.28 |
| 1 | DISCOVER BANK | 7100-000 | NA | 269.07 | 269.07 | 269.07 |
| | AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 234.13 |
| | ANTHONY HUBA | 7990-000 | NA | NA | NA | 160.05 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 62.43 |
| | Capital One, N.A. | 7990-000 | NA | NA | NA | 2.72 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 2.47 |
| | Great West Casualty Company | 7990-000 | NA | NA | NA | 643.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 462,890.00 | $ 32,850.17 | $ 32,850.17 | $ 33,954.97 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-25778 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PAUL J KNIES | | | | Date Filed (f) or Converted (c): | 07/29/2015 (f) |
| | DONNA KNIES | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 04/15/2019 | | | | Claims Bar Date: | 07/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 9028 STRATFORD LANE, PALOS HILLS, IL 60465 (PROPERTY TITLE H | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 200.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT AT CHASE BANK | 1,149.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT CHASE | 140.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT AT TCF BANK | 700.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCOUNT AT PNC BANK | 120.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT AT PNC | 7,616.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING ACCOUNT AT TCF BANK | 200.00 | 0.00 | | 0.00 | FA |
| 9. MISC. FURNITURE AND HOUSEHOLD GOODS | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. MISC. SPORTS EQUIPMENT AND MEMORABILIA RELATED TO WHITE SOX | 100.00 | 0.00 | | 0.00 | FA |
| 11. PERSONAL CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| 12. MISC. JEWELRY | 800.00 | 0.00 | | 0.00 | FA |
| 13. IIRA AT LASALLE SECURITIES | 100,362.00 | 0.00 | | 0.00 | FA |
| 14. IRA AT LASALLE SECURITIES | 34,000.00 | 0.00 | | 0.00 | FA |
| 15. KWICKMEN, INC. (100% OWNER) (EQUIPMENT LEASING COMPANY) (COM | 0.00 | 0.00 | | 0.00 | FA |
| 16. KWIKMEN TRUCKING, INC. (100% OWNER) (TRUCKING CO.) (COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 17. PJK INVESTMENTS, LLC (100% OWNER) (OWNED REAL ESTATE LOST IN | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2012 FORD EDGE (50K MI.) | 13,000.00 | 0.00 | | 0.00 | FA |
| 19. 2013 HYUNDAI SONATA (21K MI.) (LEASED) | 8,847.00 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-25778 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | PAUL J KNIES | | | | Date Filed (f) or Converted (c): | 07/29/2015 (f) |
| | DONNA KNIES | | | | 341(a) Meeting Date: | 09/10/2015 |
| For Period Ending: | 04/15/2019 | | | | Claims Bar Date: | 07/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. KNIES V. EAGLE EXPRESS ET AL. DEBTOR HUSBAND BELIEVES HE HA  Value estimate is for compliance purposes only and does not reflect expected value of lawsuit since investigation by counsel is continuing. | Unknown | 20,000.00 | | 325,000.00 | FA |
| 21. POTENTIAL BACK PAY FROM TEMPORARY DISABILITY | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | | $461,334.00 | $20,000.00 | $325,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2018: TFR has been submitted to the UST and we are awaiting a response. Also waiting on certain pre-TFR checks to clear.

Case Status April 2017: Retained special counsel to pursue personal injury claim. Discovery is pending and PI counsel estimates discovery/trial completed, or settlement, within the next 6-12 months.

Case Status April 2016: Pursuing personal injury claim through special counsel. Investigating potential value of equity interest in companies.

Initial Projected Date of Final Report (TFR): 12/31/2016      Current Projected Date of Final Report (TFR): 05/31/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-25778 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: PAUL J KNIES | Bank Name: Associated Bank |
| DONNA KNIES | Account Number/CD#: XXXXXX0901 |
| | Checking |
| Taxpayer ID No: XX-XXX4554 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 04/15/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | 20 | The Hartford<br>Western General Liability Center<br>P.O.Box 14265<br>Lexington, KY 40512-4265 | Settlement from debtor's personal injury case per order [Dkt. 30] dated 01/30/18 Check was sent by Adam Riback of Levin, Riback, Adelman & Flangel | 1142-000 | $325,000.00 | | $325,000.00 |
| 03/13/18 | 101 | Paul J. Knies<br>Levin, Riback, Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601<br>c/o Adam Riback | Exemption Proceeds of $15,000.00 | 8100-002 | | $15,000.00 | $310,000.00 |
| 03/29/18 | 102 | Levin, Riback, Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3210-000 | | $65,000.00 | $245,000.00 |
| 03/29/18 | 103 | Levin Riback Adelman & Flangel, P.C.<br>60 West Randloph Street<br>Suite 333<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3220-000 | | $3,879.08 | $241,120.92 |
| 03/29/18 | 104 | Beermann Pritikin Mirabelli Swerdlove LLP<br>161 N. Clark St.<br>#2600<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3210-000 | | $43,333.33 | $197,787.59 |
| 03/29/18 | 105 | Beermann Pritikin Mirabelli Swerdlove LLP<br>161 N. Clark. St.<br>#2600<br>Chicago, IL 60601 | Per [Dkt. 32] Order Authorizing Payment of Trustee's Special Co-Counsel dated 03/27/18 (final distribution) | 3220-000 | | $2,586.06 | $195,201.53 |
| 06/05/18 | 106 | FOX SWIBEL LEVIN & CARROLL, LLP<br>200 W. Madison, Suite 3000<br>Chicago, IL 60606 | Payment to Fox Swibel Levin & Carroll LLP per Cour order entered June 5, 2018 | 3110-000 | | $11,431.00 | $183,770.53 |
| 06/05/18 | 107 | N. NEVILLE REID<br>N. Neville Reid | Trustee compensation payment per Court order entered June 5,2 018 | 2100-000 | | $16,453.05 | $167,317.48 |
| 06/06/18 | 108 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453 | Per Dkt. 37 - payment of distribution of unsecured creditor | 5300-000 | | $12,850.00 | $154,467.48 |

Page Subtotals:  $325,000.00  $170,532.52

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-25778  
Case Name: PAUL J KNIES  
DONNA KNIES  
Taxpayer ID No: XX-XXX4554  
For Period Ending: 04/15/2019  

Trustee Name: N. Neville Reid, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0901  
Checking  
Blanket Bond (per case limit): $54,646,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/18 | 109 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453 | Per Dkt. 37 - payment of distribution of unsecured creditor | 5400-000 | | $4,573.44 | $149,894.04 |
| 06/06/18 | 110 | DISCOVER BANK<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7100-000 | | $269.07 | $149,624.97 |
| 06/06/18 | 111 | Capital One, N.A.<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7100-000 | | $296.28 | $149,328.69 |
| 06/06/18 | 112 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7100-000 | | $25,488.68 | $123,840.01 |
| 06/06/18 | 113 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7100-000 | | $6,796.14 | $117,043.87 |
| 06/08/18 | 114 | PAUL J KNIES<br>9028 STRATFORD LANE<br>PALOS HILLS, IL 60465 | Per Dkt. 37 Payment of distribution to debtor | 8200-002 | | $45,939.07 | $71,104.80 |
| 06/12/18 | 115 | Great West Casualty Company | Workers Compensation Lien | 4220-000 | | $70,000.00 | $1,104.80 |
| 12/19/18 | 116 | Great West Casualty Company | Unit 668, Tenant 211233, Invoice 9311, Invoice Date August 10, 2015 Due Date: September 1, 2015 Amount $39.00 | 7990-000 | | $643.00 | $461.80 |
| 12/19/18 | 117 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7990-000 | | $62.43 | $399.37 |
| 12/19/18 | 118 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7990-000 | | $234.13 | $165.24 |

Page Subtotals: $0.00  $154,302.24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-25778 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | PAUL J KNIES | Bank Name: | Associated Bank |
|  | DONNA KNIES | Account Number/CD#: | XXXXXX0901 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX4554 | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 04/15/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/18 | 119 | Capital One, N.A.<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7990-000 | | $2.72 | $162.52 |
| 12/19/18 | 120 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7990-000 | | $42.01 | $120.51 |
| 12/19/18 | 121 | ANTHONY HUBA<br>10913 LOREL AVE.<br>OAK LAWN, IL 60453 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7990-000 | | $118.04 | $2.47 |
| 12/19/18 | 122 | DISCOVER BANK<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Per Dkt. 37 - payment of distribution of unsecured creditor | 7990-000 | | $2.47 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $325,000.00 | $325,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $325,000.00 | $325,000.00 |
| Less: Payments to Debtors | $0.00 | $60,939.07 |
| Net | $325,000.00 | $264,060.93 |

Page Subtotals:    $0.00    $165.24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0901 - Checking | $325,000.00 | $264,060.93 | $0.00 |
| | $325,000.00 | $264,060.93 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $325,000.00 |
| Total Gross Receipts: | $325,000.00 |

Page Subtotals: $0.00 $0.00